KIRA M. RUBEL [CALIF. STATE BAR NO. 253970]
**LAW OFFICES OF KIRA M. RUBEL**
krubel@kmrlawfirm.com
19689 7th Ave. NE, Suite 160
Poulsbo, WA. 98370
Telephone: (800) 836-6531
Facsimile:  (206)-238-1694

*Attorney for Plaintiff*
STEVEN WATERBURY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WATERBURY, an individual, | CASE NO.   16-cv-1944-H-MDD |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. PROC. 41(a)(1)(A) |
| vs. | |
| UNITED EXPRESS CONSTRUCTION, INC.; | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A), Plaintiff Steven Waterbury hereby voluntarily dismisses the above captioned action with prejudice and without further notice.  This

1

1  notice is being filed by Plaintiff before Defendant has filed either an answer or motion
2  for summary judgment under Rule 41(a)(1)(A).

Date: September 19, 2016

**LAW OFFICES OF KIRA M. RUBEL**

_____/s/ Kira M. Rubel_____
By: Kira M. Rubel, Esq.
*Attorney for Plaintiff Steven Waterbury*